UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS ALLEN PELHAM,

        Petitioner,

vs.                                              Case No. 2:05-cv-41-FtM-29SPC
                                                                        Case No. 2:03-cr-83-FTM-29SPC

UNITED STATES OF AMERICA,

        Respondent.
_____

**OPINION AND ORDER**

This matter comes before the Court on petitioner's application for a certificate of appealability (Doc. #42) deemed included in the Notice of Appeal (Doc. #39) filed on October 11, 2006.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected a claim on procedural grounds, the

petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

On October 9, 2006, the Court entered an Opinion and Order (Doc. #37) accepting and adopting the Report and Recommendation of the Magistrate Judge that petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied and finding no ineffective assistance of trial counsel or appellate counsel.  Judgment (Doc. #38) was subsequently entered and appointed counsel filed a Notice of Appeal (Doc. #39) on October 11, 2006, on behalf of petitioner.  The Petition was denied on the merits, after an evidentiary hearing, and the Court finds that petitioner has failed to show that jurists of reason would find that the Court's assessment of the constitutional claim was debatable or wrong.

Accordingly, it is now

**ORDERED:**

Petitioner's application for a certificate of appealability (Doc. #42), deemed included in the Notice of Appeal (Doc. #39) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of February, 2007.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
USCA
Parties of Record